## United States District Court

**FILED**

__NORTHERN__ DISTRICT OF __CALIFORNIA__

DEC 1 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
**ARTHUR ELI CHENEY** ▓▓▓▓▓▓

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER: 07 70734 MEJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 5, 2007, in Marin County, in the Northern District of California, the defendant, did knowingly and by force, violence, and intimidation take from the person and presence of employees and customers of Tamalpais Bank, 71 Casa Buena Drive, Corte Madera, California, approximately $600 in money belonging to and in the care, custody, control, management, and possession of the bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18 United States Code, Section 2113(a), <u>Bank Robbery</u>.

I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 U.S.C. § 2113(a):
Maximum term of imprisonment of 20 years; $250,000 fine; 3 years supervised release; and $100 special assessment fee.

APPROVED AS TO FORM: _____
Derek Owens, AUSA

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Arrest Warrant Requested: ☒ Yes ☐ No
Bail Amount: __No Bail__

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant, Jeffrey C. Knotts

December 10, 2007         at   San Francisco, California
Date                             City and State

**Maria-Elena James**
**United States Magistrate Judge**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer