| | |
|---|---|
| 1  SCOTT N. SCHOOLS (SCBN 9990)<br>   United States Attorney | **FILED**<br>DEC 1 1 2007 |
| 2 | RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| 3  BRIAN J. STRETCH (CABN 163973)<br>   Chief, Criminal Division | |

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6488
7  Fax: (415) 436-7234
   derek.owens@usdoj.gov
8
   Attorneys for Applicant
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION                **MEJ**

13                                   )   No. 07 70 4
14  IN THE MATTER OF A               )   UNITED STATES' MOTION TO SEAL
    CRIMINAL COMPLAINT               )   CRIMINAL COMPLAINT
15                                   )   DOCUMENTS AND [PROPOSED]
                                     )   ORDER
16  _____  )

17        The United States hereby moves the Court for an order sealing this motion, the

18  Criminal Complaint and attached Affidavits and Documents, and the Sealing Order until

19  further order of the Court. The government believes that disclosure of the existence of

20  the complaint and/or the information contained in the supporting affidavit may jeopardize

21  the progress of the ongoing investigation and may jeopardize the abilities of law

22  enforcement to locate the suspect.

23

24  DATED: December 11, 2007              Respectfully Submitted,

25                                        SCOTT N. SCHOOLS
                                          United States Attorney
26

27

28                                        _____
                                          DEREK R. OWENS
                                          Assistant United States Attorney

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |

# ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Criminal Complaint and attached Affidavits and Documents, and this Sealing Order shall be sealed until further order of the Court.

DATED: 12/11/07

HON. MARIA-ELENA JAMES
United States Magistrate Judge

2