| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | **DEPUTY CLERK** | | **REPORTER/FTR** | | |
| **MINUTE ORDER** | Brenda Tolbert | | 9:50 - 9:52 | | |
| MAGISTRATE JUDGE | DATE | | NEW CASE | | CASE NUMBER |
| HON. MARIA-ELENA JAMES | February 6, 2008 | | ☐ | | 3-07-70734 MEJ |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. ☒ RET. ☐ |
| ARTHUR ELI CHENEY | 64 | Y | P | Steve Kalar | | APPT. ☐ |
| U.S. ATTORNEY | INTERPRETER | | | FIN. AFFT ☐ | | COUNSEL APPT'D |
| Derek Owens | | | | SUBMITTED | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR ☐ | | PARTIAL PAYMENT ☐ |
| | Ameila Berthelsen | | APPT'D COUNSEL | | OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG NOT HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: **FILED** |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

**FEB 06 2008**

**RICHARD W. WIEKING**

| RELEASE | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES — CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|
| ☐ CASH $ | | | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 4-1-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT: 9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. JL | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

AUSA Moved to UNSEAL Proceedings - GRANTED - Requesting that Affidavit ONLY REMAIN SEALED. AUSA will Submit Order. Parties Requested that Matter be Continued in the Interest of Justice.
BT, PTS, WINGS