E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ARTHUR CHENEY,<br><br>   Defendant. | No. 07-mj-70734 MAG<br><br>[PROPOSED] STIPULATED ORDER CONTINUING ARRAIGNMENT |

  The defendant Arthur Cheney is the suspect or is charged in several federal districts with unarmed bank robbery. Since Mr. Cheney's initial appearance his counsel, AFPD Steven Kalar, has been working to resolve these various matters in a single pre-indictment disposition. In this proposed stipulated order, the parties represent that they are close to a resolution and hope to be entering a plea to an Information at the next appearance before the magistrate.

  Mr. Cheney is currently scheduled to appear before the Court on Tuesday, July 8, 2008 for arraignment. In this stipulated order, Mr. Kalar represents that he is unavailable on that date due to a full-day evidentiary hearing scheduled before the Honorable Charles R. Breyer. The defense accordingly requests that the arraignment be continued one day, to July 9, 2008.

  The government has no objection to this request.

*Cheney*, No. 07-mj-70734-MAG
ORD. CONT. ARRAIGNMENT

1  Therefore, for good cause shown the arraignment now scheduled for Mr. Cheney on
2  July 8th shall be vacated. The matter shall be added to the Court's calendar on Wednesday,
3  July 9, 2008 at 9:30 for arraignment. Time for arraignment shall be excluded under Federal
4  Rule of Criminal Procedure 5.1 for good cause and to permit for the continuity of counsel.

IT IS SO ORDERED.

7/7/08
DATED

~~MARIA ELENA JAMES~~ *[handwritten: Wandor for]*
United States Magistrate Judge

IT IS SO STIPULATED.

July 1, 2008
DATED

/s
JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
DEREK OWENS
Assistant United States Attorney

July 1, 2008
DATED

/s
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender